UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

NICHOLAS SMITH,

    Plaintiff,

-vs-

                                      Case No. 21-12947
                                      Hon. Robert H. Cleland

CAR SQUAD, LLC,

    Defendant.

## JUDGMENT AGAINST CAR SQUAD, LLC FOR ODOMETER FRAUD

This matter having come before the court on Plaintiff's Motion for Entry of Default Judgment against CAR SQUAD, LLC, **IT IS ORDERED AND ADJUDGED** that Judgment shall enter in favor of NICHOLAS SMITH and against CAR SQUAD, LLC for Odometer Fraud in the amount of $13,467.36.

**SO ORDERED.**

                                      s/Robert H. Cleland
                                      Hon. Robert H. Cleland

Entered: March 10 2022